UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MCKENNA GENE MEEHAN,<br><br>　　　Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　Defendant | Case No.: 2:21-cv-01801-APG-BNW<br><br>**Order Dismissing Second Removal Attempt** |

　　Defendant State Farm Mutual Automobile Insurance Company filed a "renewed" petition for removal over a year and a half after the parties stipulated to remand this case back to state court. ECF Nos. 9, 10. State Farm may not file a second removal in this closed federal case. If State Farm wants to attempt to remove the state court action, it must file a new case.

　　I THEREFORE ORDER that defendant State Farm Mutual Automobile Insurance Company's renewed petition for removal (ECF No. 10) is DENIED without prejudice to State Farm filing a new removal case. The clerk of court is instructed to close this file.

　　DATED this 17th day of May, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE